**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| PETER P. MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO.  CV-10-363-CI |
| vs. | ) | |
| | ) | **JUDGMENT IN A** |
| MICHAEL J. ASTRUE, | ) | **CIVIL CASE** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is

**REMANDED** to the Commissioner for an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Plaintiff.

DATED this 31st day of July, 2012.

JAMES R. LARSEN
District Court Executive/Clerk


By: _s/Renea Ferrante_____
Deputy Clerk

cc: all counsel